JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| GREGORIO ORTIZ, JR., | ) | No. CV 13-03477-PSG (VBK) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| RICK HILL, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: <u>May 21, 2013</u>    _____
                                    PHILIP S. GUTIERREZ
                                    UNITED STATES DISTRICT JUDGE